**FILED** 

JAN 3 1 2005

Phil Lombardi, Clerk
**U.S. DISTRICT COURT**

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 05-mj-15 |
| | ) | |
| Plaintiff, | ) | **COMPLAINT FOR VIOLATION** |
| | ) | [18 U.S.C. §2422(b): Use of Mail or |
| vs. | ) | Interstate Facility to Knowingly and |
| | ) | Knowingly Attempt to Persuade, |
| MICHAEL DOUGLAS WILLIAMS, | ) | Induce, Entice and Coerce a Minor to |
| | ) | Engage in any Sexual Activity That |
| Defendant. | ) | May be Charged as a Criminal Offense] |

BEFORE:   PAUL J. CLEARY, United States Magistrate Judge
United States Courthouse, Tulsa, Oklahoma

The undersigned complainant being duly sworn states:

Between about September, 2004, and January 28, 2005, the exact dates unknown, within the Northern District of Oklahoma and elsewhere, the defendant, **MICHAEL DOUGLAS WILLIAMS**, while using any facility or means of interstate commerce, to-wit: a telephone and a computer, did knowingly persuade, induce, entice, and coerce and attempt to persuade, induce, entice, and coerce an individual who he believed was fourteen years old, and, therefore, had not attained the age of eighteen (18) years, to engage any sexual activity, as that term is defined in Title 18, United States Code, Section 2246(2)(A)-(D), for which he can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

For the basis of complainant's charge against the accused,  see the attached affidavit.

Joseph M. Cecchini, Special Agent
Federal Bureau of Investigation


SUBSCRIBED AND SWORN to before me this 31st day of January, 2005.

PAUL J. CLEARY
United States Magistrate Judge

2

## <u>AFFIDAVIT OF SPECIAL AGENT JOSEPH CECCHINI OF</u>
## <u>THE FEDERAL BUREAU OF INVESTIGATION (FBI)</u>

### I.
### <u>BACKGROUND</u>

1.     Your Affiant, Joseph M. Cecchini, is a Special Agent of the Federal Bureau of Investigation (FBI).   I have been an agent with the FBI for approximately seven (7) years, during which time, your affiant has been assigned to the Oklahoma City Division, Tulsa Resident Agency.   Prior to my employment with the FBI, I was employed as a police officer with the City of Hallandale, Florida for nine (9) years.

2.     The FBI is charged with investigating violations of Title 18, United States Code, Sections 2422(b), which includes the use of an interstate facility to knowingly persuade, induce, entice, coerce or to knowingly attempt to persuade, induce, entice or coerce, a minor to engage in any sexual activity for which he can be charged with a criminal offense.

3.     As a Special Agent with the FBI, I am authorized to both investigate violations of the laws of the United States, and to execute warrants issued under the authority of the United States.   Since joining the FBI, I have been involved in investigations of various criminal offenses, including, but not limited to, violent crimes, car theft schemes, sexual exploitation of minors, and terrorism.   For the past four (4) years, I have been assigned to investigate violations of federal law involving the Sexual Exploitation of Children (SEOC).   During this time-frame, I have attended numerous seminars and classes relating to the SEOC, and have conducted everyday work that is related to these types of investigations.   Through this

training and hands-on experience, I have gained an expertise in the multiple aspects of such investigations. Specifically, I have investigated various violations of federal law involving the online sexual exploitation of children, including investigations and an arrest for violations of Title 18, United States Code, Sections 2422(b).

4.   The information provided in this affidavit is the summation of an investigation conducted by Oklahoma City, Tulsa Resident Agency FBI Agents, The statements contained in this affidavit are based in part on information provided by Special Agents of the FBI, including myself, and other law enforcement officials. Since this affidavit is being submitted for the limited purpose of establishing probable cause, I have not included each and every fact known to me concerning this investigation. Specifically, I have set forth only the facts that I believe are necessary to establish probable cause to believe that violations of Title 18, United States Code, Section 2422(b) have been committed. The information contained in this affidavit provides probable cause to believe that **MICHAEL DOUGLAS WILLIAMS** did utilize interstate facilities, to wit: a computer and a telephone, to knowingly persuade, induce, entice or coerce, or to knowingly attempt to persuade, induce, entice or coerce a minor, who he believed to be under the age of eighteen (18) years, to engage in sexual activity for which he could be charged with a criminal offense.

## II.
## DEFINITIONS AND EXPLANATIONS OF TERMS USED IN AFFIDAVIT

## "AMERICA ONLINE"

5.     America Online (AOL) is a commercial computer service company that is headquartered at 22000 AOL Way, Dulles, Virginia.   AOL provides services to Internet users, including e-mail, Groups, Internet search capability, games, personal ads, chat, instant messaging, and other services.  Many of the services offered by AOL are free to users who access AOL by computer over the Internet.

## "AOL INSTANT MESSENGER"

6.     Users of certain AOL services, such as AOL Messenger, are required to register with AOL in order to obtain a Instant Messenger (AIM) ID.

7.     An AIM ID is a unique identifier of a user's account.  During the registration process of obtaining an AIM ID, the user must select an ID (sometimes referred to as a screen name, Login Name, or profile), a password, and must also supply some personal information which AOL.  AOL users can register online through use of a computer.  After a user is registered, that user must sign in with a AIM ID each time that he/she attempts to use AIM Instant Messenger.

## III.
## PROBABLE CAUSE

8.     The substance of the affidavit involves communications by computer and by telephone between two (2) individuals.   One (1) of the individuals was myself, SA Joseph Cecchini, who was acting in an undercover capacity as a fourteen (14) year-old female during these communications.

## A.
## MEANS OF COMMUNICATION

9.      Specifically, SA Cecchini, while acting in an undercover capacity, communicated with **WILLIAMS** solely by sending and receiving instant messages and by receiving email messages.  When SA Cecchini used the services of AOL to communicate with the other individual, he used the AIM ID , "HELLOKITTY520".  When the individual, who is now known to be **MICHAEL DOUGLAS WILLIAMS**, used the services of AOL to communicate with SA Cecchini, he used the AIM ID, "SILENCE YET".   Further, SA Cecchini, while acting in an undercover capacity, communicated with **WILLIAMS** by receiving email messages.  SA Cecchini received these email messages from **WILLIAMS** by using his undercover COX.NET account. Specifically, SA Cecchini used the COX.NET email address LOVEMYRETRIEVERS@COX.NET when he received email from **WILLIAMS**.  **WILLIAMS** used the email account MILKE@MILKE.COM. when he sent email to SA Cecchini, who was acting in his undercover capacity.   Additionally, Tulsa Police Officer Susan Ha acted in an undercover capacity as the same  fourteen (14) year-old girl that SA Cecchini was acting as in his undercover capacity.  In short, Officer Ha, acting in her undercover capacity, communicated by telephone with **WILLIAMS** during this investigation.

## B.
## FACTUAL TIME LINE

10.     On January 12, 2005 SA Cecchini was contacted by Detective Debbie Erfurdt of the

Broken Arrow Police Department.   Det. Erfurdt advised that she was involved in the

investigation involving an actual and identified fourteen (14) year-old female, whose parents

discovered that she was engaging in an online relationship with an apparent thirty (30) year-

old male (**WILLIAMS**).   According to the fourteen (14) year-old female, prior to her

parent's discovery of this online relationship, she told officers that this online relationship

had been ongoing and continuous since September, 2004.   The initial contact was made by

an apparent thirty (30) year-old male (**WILLIAMS**), who initiated contact with her by

sending her an unsolicited email from the email account,  MILKE@MILKE.COM.   The

fourteen (14) year-old female told investigators that as her online relationship with apparent

thirty (30) year-old male (**WILLIAMS**)  progressed, she sent several email messages to

MILKE@MILKE.COM wherein she specifically told her true age of fourteen (14) years.

In addition, MILKE@MILKE.COM  advised the fourteen (14) year-old female that he was

in fact a thirty (30) year-old male named MIKE from Tulsa, Oklahoma.   During the course

of this relationship, the fourteen (14) year-old female and MIKE (**WILLIAMS**) used COX

email services, Nameplanet.com, and AOL Instant Messenger Chat service to communicate

with each other.   During several of these communications, MIKE (**WILLIAMS**) and the

fourteen (14) year-old female often communicated about meeting each other to engage in

prohibited  sexual  activity.     During  these  communications,  MIKE  (**WILLIAMS**)

communicated to the fourteen (14) year-old female that he was interested in the particular prohibited sexual activities of, "blowjobs", "fingering", and "sex".  During mid-December the parents of the fourteen (14) year-old discovered the online relationship and reported it to the Broken Arrow Police Department.

11.    The fourteen (14) year-old female and her parents filled out a written consent form evidencing their permission for the FBI to assume their fourteen (14) year-old daughter's online identity, "HELLOKTTY520", beginning on January 13, 2005.

12.    On January 13, 2005, while SA Cecchini was online in an undercover capacity using the assumed AIM ID of the fourteen year-old female, he was contacted via chat by an individual using the AIM screen name, "SILENCE YET", the screen name now attributed to **WILLIAMS**.  During this online encounter, the following conversation occurred:

**Silence Yet**: woah. hi
**HelloKtty520**: hey
**HelloKtty520**: :-)
**Silence Yet**: haven't seen you on here in forever
**Silence Yet**: how are you?
**HelloKtty520**: good
**HelloKtty520**: mom took aim off the puter
**Silence Yet**: haven't heard back from you in email in a while
**HelloKtty520**: sory
**HelloKtty520**: :-(
**Silence Yet**: it's ok, hun. I just look forward to talking to you
**HelloKtty520**: me 2
**Silence Yet**: can't wait til I get to meet you in person
**Silence Yet**: how is school going?
**HelloKtty520**: a littele better
**HelloKtty520**: me 2
**Silence Yet**: I have class at 430 tonight with a teacher that I can't stand
**HelloKtty520**: that sux
**HelloKtty520**: whgat class
**Silence Yet**: my major is American studies. and it's some class called theory of American studies.

I guess it's required for my major
**HelloKtty520**: wow
**Silence Yet**: and the lady that teaches it is mean
**HelloKtty520**: im sorry
**HelloKtty520**: i hate mean people
**HelloKtty520**: ;-)
**Silence Yet**: but you're nice
**HelloKtty520**: yep
**HelloKtty520**: u 2
**HelloKtty520**: !!!!!!!!
**HelloKtty520**: so what have u been doin
**Silence Yet**: just going to my classes this week and getting ready for the semester. I'm playing an acoustic show tomorrow night
**HelloKtty520**: kewl
**HelloKtty520**: where???
**HelloKtty520**: i missed talking to you
**Silence Yet**: this place called Raven's bistro. it's at highway 244 and Garnett
**Silence Yet**: aww. me too!
**HelloKtty520**: :-D
**Silence Yet**: I wish we could talk on the phone sometime
**HelloKtty520**: me 2, maybe we can soon
**Silence Yet**: good
**HelloKtty520**: i just wish i was older
**HelloKtty520**: cause maybe i could go to a show with u
**Silence Yet**: I know. it'd make it easier. but you're not older, so we'll just make due with how things are
**Silence Yet**: I still like you anyway. and hopefully you can sneak out soon
**HelloKtty520**: so me being 14 is ok
**Silence Yet**: yeah. I'm ok with you being 14. I still like you.
**HelloKtty520**: i want to
**HelloKtty520**: ur sweeeet
**Silence Yet**: are you ok with my age too?
**HelloKtty520**: defintley
**HelloKtty520**: so we are good ;-)
**Silence Yet**: yes. yes. I think we are
**HelloKtty520**: yeah!!!!!!!!
**Silence Yet**: I would definitely not mind trying to get things going with you. we just have to be sneaky about it.
**HelloKtty520**: i wish we did not have 2 do it that way
**Silence Yet**: yeah. it'd be nice if I could just come pick you up for a date at your front door
**HelloKtty520**: i know
**Silence Yet**: sucks you probably couldn't sneak out this weekend. because you know how I have stayed with my folks while I'm in college. well, they're out of town for 3 days starting tomorrow
**HelloKtty520**: really????????

**Silence Yet**: yeah
**HelloKtty520**: i wish so too
**Silence Yet**: and I'll be all lonesome here all weekend
**HelloKtty520**: my mommy is on my back
**HelloKtty520**: sorry
**Silence Yet**: I wish I had a cute girl to come over and drink with me. and watch movies. and kiss. and whatever.
**HelloKtty520**: whatever??????
**Silence Yet**: ;)
**HelloKtty520**: lol
**Silence Yet**: yeah. you know. we talked about some other things, remember. :-D
**HelloKtty520**: yep
**HelloKtty520**: u still want that?
**Silence Yet**: yeah. do you?
**HelloKtty520**: i do, just nervous
**HelloKtty520**: i kinda forgot some stuff we talked about
**Silence Yet**: you know what, sweetheart? we'll get together and just do what feels right. if we start doing anything and you get scared, we'll stop
**HelloKtty520**: u r tooo sweeet
**Silence Yet**: oh, you forgot what we talked about? want me to tell you?
**HelloKtty520**: if u want
**HelloKtty520**: sure
**Silence Yet**: you said I could finger you and lick you
**HelloKtty520**: yep
**HelloKtty520**: i remember that
**Silence Yet**: and you said you'd suck me
**HelloKtty520**: yep
**Silence Yet**: that's pretty much it. we didn't discuss sex or anything
**HelloKtty520**: i did tn think so
**Silence Yet**: I thought maybe you'd like to hold off on that
**Silence Yet**: are you still a virgin?
**HelloKtty520**: we'll see
**HelloKtty520**: yep
**HelloKtty520**: ;(
**HelloKtty520**: :-(
**Silence Yet**: ok. well if you've never had sex before, then we don't want to rush it
**Silence Yet**: if we are together and it feels right, we'll do it. but otherwise, I'm not gonna do it because I don't want you to feel weird
**HelloKtty520**: i'm sure youll make me hppy
**HelloKtty520**: so where is your class
**Silence Yet**: do you shave?
**Silence Yet**: OSU-Tulsa
**Silence Yet**: it's downtown
**HelloKtty520**: u don't remember

**HelloKtty520**: ???
**HelloKtty520**: yep
**Silence Yet**: haha. um. yes, you do shae?
**Silence Yet**: +v
**HelloKtty520**: do you like that?
**Silence Yet**: good. that's sexy
**Silence Yet**: oh, yes. I like that very much
**HelloKtty520**: why?
**Silence Yet**: it's just very sexy. if I'm going to be down there licking you and tasting you, I want it to be smooth
**HelloKtty520**: i don't do the whole thing
**Silence Yet**: well, you at least trim, though
**HelloKtty520**: 4 sure
**Silence Yet**: ok, good. shaved is best. but if you at least trim, that's good
**Silence Yet**: sexy :)
**HelloKtty520**: u wnat me to shave it all?
**Silence Yet**: yeah
**HelloKtty520**: maybe i'll surprise u
**HelloKtty520**: ;-)
**Silence Yet**: :-)
**Silence Yet**: yummy
**HelloKtty520**: i really did miss u
**Silence Yet**: aww, you're making me blush
**HelloKtty520**: its true
**HelloKtty520**: i checked my cox email and did not see any emails from u so I thought u forgot bout me
**Silence Yet**: oh, I emailed you a few days ago, though. I just haven't heard back from you yet
**HelloKtty520**: i don't think i got it .. oh well who cares ur here now
**Silence Yet**: no, I didn't forget about you at all. I didn't write more because I didn't want you to think I was writing too much like some freak
**HelloKtty520**: no way I like uy
**Silence Yet**: I'm glad that you like me as more than a friend
**HelloKtty520**: me 2, cause i thought u'd not like me cause im 14
**Silence Yet**: oh, your age is *not* a problem. trust me ;)
**HelloKtty520**: :-)
**HelloKtty520**: good
**Silence Yet**: you are super sweet and you look good
**HelloKtty520**: i don't know what the big deal is anyway
**HelloKtty520**: ur sweet 2
**Silence Yet**: who knows. maybe we'll get to know each other better and something even more will happen with us
**HelloKtty520**: yep
**HelloKtty520**: like what
**HelloKtty520**: ??????????

**Silence Yet**: I'm single and I could definitely use a sweet girl in my life. maybe we could end up together
**HelloKtty520**: awwwwwwww
**HelloKtty520**: does it take long to get to your class?
**Silence Yet**: 10 minutes
**HelloKtty520**: so ur in tulsa
**Silence Yet**: yup
**HelloKtty520**: do u like it
**Silence Yet**: yeah. lived here most of my life. it's nice
**HelloKtty520**: i guess
**HelloKtty520**: so like what do live near
**Silence Yet**: live near downtown Tulsa
**HelloKtty520**: k
**HelloKtty520**: will u be on tomorrow
**Silence Yet**: yeah. do you have to go or something?
**HelloKtty520**: yep
**HelloKtty520**: sorry
**HelloKtty520**: homework
**Silence Yet**: that sucks. I'll email you. and try to find sometime you can call me and I'll give you my #
**HelloKtty520**: yeah!
**Silence Yet**: even if we can only talk for 5 minutes
**HelloKtty520**: ok
**Silence Yet**: I'd just like to hear you
**HelloKtty520**: ok
**HelloKtty520**: ill check the email later
**HelloKtty520**: k
**HelloKtty520**: ?
**Silence Yet**: ok
**HelloKtty520**: bye bye
**Silence Yet**: alright, bye cutie
**HelloKtty520**: what time tomorrow??
**HelloKtty520**: for chat
**Silence Yet**: um.. I'll be on earlier in the afternoon
**Silence Yet**: so, right after your school is out if you want
**HelloKtty520**: ol ill try after skool
**Silence Yet**: ok. can't wait
**HelloKtty520**: me 2
**HelloKtty520**: :-D
**Silence Yet**: :)

13.    On January 14, 2005, SA Cecchini, while acting in an undercover capacity and

through using the AIM ID, "HELLOKTTY520", logged onto AIM Instant Messenger.

While online, SA Cecchini was contacted via chat by an individual using the AIM screen name, "SILENCE YET". During this online encounter, the following conversation occurred:

**Silence Yet** (3:13:58 PM): hey!
**HelloKtty520** (3:14:04 PM): hi :-)
**HelloKtty520** (3:14:39 PM): what are u doin
**Silence Yet** (3:15:40 PM): playing some everquest. what about you?
**HelloKtty520** (3:15:50 PM): just talkin 2 u
**HelloKtty520** (3:15:59 PM): still have some hw to do
**HelloKtty520** (3:16:33 PM): r u gettin ready 4 ur show
**Silence Yet** (3:16:45 PM): I just found out a few minutes ago it's canceled tonight :(
**Silence Yet** (3:16:49 PM): have to reschedule
**HelloKtty520** (3:16:53 PM): huh?
**HelloKtty520** (3:16:56 PM): sorry
**HelloKtty520** (3:17:01 PM): why?
**Silence Yet** (3:17:17 PM): the club was having problems with the owner or something
**HelloKtty520** (3:17:32 PM): r u bummed?
**HelloKtty520** (3:18:32 PM): u there
**Silence Yet** (3:18:46 PM): yes
**Silence Yet** (3:18:51 PM): I am bummed about it
**HelloKtty520** (3:18:55 PM): im sorry
**Silence Yet** (3:18:59 PM): now I'll just be home bys myself bored
**HelloKtty520** (3:19:04 PM): awwwwww
**HelloKtty520** (3:19:38 PM): so what will u do then
**HelloKtty520** (3:20:23 PM): i got ur email
**HelloKtty520** (3:20:27 PM): :-)
**Silence Yet** (3:20:39 PM): you did? yay
**HelloKtty520** (3:20:43 PM): yep
**Silence Yet** (3:21:50 PM): oh, I don't know what I'll do, sweeti. prob just be bored. or maybe do *something* and think about you while I do it. hehe
**HelloKtty520** (3:22:02 PM): ur silly
**HelloKtty520** (3:22:39 PM): i'll be brd 2
**Silence Yet** (3:22:57 PM): aww
**HelloKtty520** (3:23:37 PM): so ur not doin nething
**HelloKtty520** (3:24:33 PM): r u busy?
**Silence Yet** (3:25:43 PM): no, hun. just playing game. I'm here :)
**HelloKtty520** (3:26:07 PM): ok
**Silence Yet** (3:26:37 PM): I'm glad you logged on
**HelloKtty520** (3:26:43 PM): me 2

**HelloKtty520** (3:26:54 PM): **i just cant talk long**
**HelloKtty520** (3:26:58 PM): **:-(**
**Silence Yet** (3:27:19 PM): aww
**Silence Yet** (3:27:21 PM): that sucks
**HelloKtty520** (3:27:24 PM): **i know**
**Silence Yet** (3:27:26 PM): I wish you could talk on the phone
**HelloKtty520** (3:27:31 PM): **but at least we have some time**
**HelloKtty520** (3:27:50 PM): **maybe next week if mommy isnt aroung**
**HelloKtty520** (3:27:58 PM): **is that ok?**
**Silence Yet** (3:28:02 PM): yeah. anytime your mom isn't around, feel free to call me
**Silence Yet** (3:28:09 PM): do you have my cell # already?
**HelloKtty520** (3:28:17 PM): **what wil we talk bout?**

**HelloKtty520** (3:28:22 PM): **i did but its gone**
**Silence Yet** (3:28:34 PM): we'll talk about whatever comes to mind, like normal people
**Silence Yet** (3:28:42 PM): my cell # is 810-3021
**HelloKtty520** (3:28:57 PM): **ok ill write it down**
**Silence Yet** (3:29:22 PM): anytime you can sneak in a phone call, feel free. if she leaves for a while tonight or something. or next week, or whenever. if I don't answer, it's just cause I'm in class, but definitely leave a voicemail so I know it was you
**HelloKtty520** (3:29:32 PM): **r u sure**
**HelloKtty520** (3:30:05 PM): **i jst don't want to get in nemore trouble**
**Silence Yet** (3:31:11 PM): I know. don't do anything to get yourself in trouble
**HelloKtty520** (3:31:23 PM): **i know**
**HelloKtty520** (3:31:44 PM): **i just want to be sure ur serious**
**HelloKtty520** (3:31:55 PM): **b 4 u take any chances**
**HelloKtty520** (3:32:00 PM): **or me**
**Silence Yet** (3:32:03 PM): yes. of course I want you to call
**HelloKtty520** (3:32:18 PM): **i meant everything else**
**Silence Yet** (3:32:32 PM): oh, about us getting closer?
**HelloKtty520** (3:32:41 PM): **uh huh**
**Silence Yet** (3:33:01 PM): oh, yes. I am.
**Silence Yet** (3:33:04 PM): are you serious?
**HelloKtty520** (3:33:14 PM): **i am, just scred a little**
**HelloKtty520** (3:33:54 PM): **i just been thinkin bout it a lot**
**Silence Yet** (3:34:08 PM): well, you don't be scared, ok? we are never going to do anything you don't want to do
**HelloKtty520** (3:34:31 PM): **not like that scared, just nervous i guess**
**Silence Yet** (3:34:44 PM): I want to talk to you and I want to see you. and if all we do is kiss and talk, that's fine with me. the other stuff can come later
**HelloKtty520** (3:35:12 PM): **but if we want 2 we can right?**

**Silence Yet** (3:36:00 PM): yes. I am very interested in doing those fun things we talked about. but only when yo uwant to.

**HelloKtty520** (3:36:03 PM): **k**

**Silence Yet** (3:36:22 PM): I want to talk to you and get to know you also. so even if you're nervous right now, I still want to talk to you on the phone and see you just as much

**HelloKtty520** (3:36:29 PM): **so u wont think im a slut if we do it right away**

**HelloKtty520** (3:36:42 PM): **im not trust me!**

**Silence Yet** (3:37:05 PM): if we meet up and you suck me on the first night, I am not going to think bad about you

**Silence Yet** (3:37:20 PM): and if we meet up and all we do is kiss and talk, then I will still want to see you just as much

**HelloKtty520** (3:37:27 PM): **ur sweet**

**Silence Yet** (3:37:56 PM): I think you are really cute and doing that stuff with you would turn me on bad. but that's not the only reason I'm interested in you

**HelloKtty520** (3:38:07 PM): **so why else?**


**HelloKtty520** (3:40:14 PM): **when i call how will i know if ur home?**

**Silence Yet** (3:40:29 PM): because I'd like to get to know you. maybe we can really get to like each other

**Silence Yet** (3:40:38 PM): it's my cell phone. you can call it anytime day or night

**HelloKtty520** (3:40:50 PM): **duh!**

**HelloKtty520** (3:40:53 PM): **ok**

**Silence Yet** (3:41:35 PM): I mean, if the only thing you are interested in is having some fun with each other, that's ok, I guess. but I was hoping we could get to know each other also and maybe get to know a lot about one another

**HelloKtty520** (3:41:45 PM): **i do 2**

**HelloKtty520** (3:42:00 PM): **i hoped u wanted more than that 2**

**HelloKtty520** (3:42:38 PM): **would we need to keep it secret?**

**Silence Yet** (3:43:15 PM): yes

**HelloKtty520** (3:43:29 PM): **i just don't understand why**

**Silence Yet** (3:43:31 PM): I'm sure you know how disastrous it could be for both of us

**HelloKtty520** (3:43:40 PM): **its my decision though**

**Silence Yet** (3:43:51 PM): I know, it is. but it's against the law

**Silence Yet** (3:44:00 PM): if I was caught, I'd go to jail for a long time

**HelloKtty520** (3:44:01 PM): **that sux**

**HelloKtty520** (3:44:16 PM): **i don't want that 2 happen**

**Silence Yet** (3:44:45 PM): I don't want to keep it secret cause I'm ashamed of you or something.. I just need it secret cause it's bad if anyone finds out

**HelloKtty520** (3:44:52 PM): **k**

**HelloKtty520** (3:45:14 PM): **so when we get together where will we go?**

**Silence Yet** (3:46:01 PM): depends on the time. if it's early enough at night, we can go eat somewhere. but if it's really late, we'll just go sit and talk somewhere

**HelloKtty520** (3:46:23 PM): **k**
**Silence Yet** (3:47:51 PM): :)
**Silence Yet** (3:48:06 PM): if we do those things the first night, will you think bad of me?
**HelloKtty520** (3:48:15 PM): **no way**
**Silence Yet** (3:48:27 PM): k
**HelloKtty520** (3:48:27 PM): **i want 2 make u happy**
**Silence Yet** (3:48:31 PM): aww
**Silence Yet** (3:48:34 PM): good :)
**HelloKtty520** (3:48:49 PM): **and i think im ready 2 do things with u**
**Silence Yet** (3:48:55 PM): ;)
**Silence Yet** (3:49:55 PM): you're so sexy
**HelloKtty520** (3:49:59 PM): **u 2**
**HelloKtty520** (3:50:02 PM): **;-)**
**Silence Yet** (3:50:16 PM): it turns me on to think about doing that with you
**HelloKtty520** (3:50:25 PM): **really?**

**Silence Yet** (3:50:48 PM): mhm
**HelloKtty520** (3:50:53 PM): **huh**
**Silence Yet** (3:51:04 PM): mhm = yes
**HelloKtty520** (3:51:09 PM): **ok**
**Silence Yet** (3:52:23 PM): so, yes. it does
**HelloKtty520** (3:52:26 PM): **will u b online this weekend**
**HelloKtty520** (3:52:29 PM): **k**
**Silence Yet** (3:52:43 PM): yes
**HelloKtty520** (3:52:46 PM): **k**
**HelloKtty520** (3:52:51 PM): **im not sure if i can**
**Silence Yet** (3:53:07 PM): do you ever do stuff to yourself?
**HelloKtty520** (3:53:13 PM): **huh**
**Silence Yet** (3:53:28 PM): like finger yourself
**HelloKtty520** (3:53:34 PM): **ur silly**
**HelloKtty520** (3:53:41 PM): **yes**
**Silence Yet** (3:53:44 PM): :)
**Silence Yet** (3:53:48 PM): that's sexy
**HelloKtty520** (3:53:55 PM): **really?**

**HelloKtty520** (3:53:56 PM): **why**
**Silence Yet** (3:54:25 PM): it just is
**Silence Yet** (3:54:30 PM): would you ever let me watch you?
**HelloKtty520** (3:54:44 PM): **maybe, youd like that?**
**HelloKtty520** (3:55:09 PM): **it be kinda weird**
**Silence Yet** (3:55:31 PM): yeah, I'd love to watch you do that for a few minutes

**HelloKtty520 (3:56:00 PM):** k

**HelloKtty520 (3:56:02 PM):** maybe

**HelloKtty520 (3:56:10 PM):** :-*

**Silence Yet (3:56:24 PM):** and then when you got close to finishing I could start to lick you

**HelloKtty520 (3:56:43 PM):** that better than me doin it i guess

**HelloKtty520 (3:56:52 PM):** id just feel weird

**Silence Yet (3:57:02 PM):** well, I don't want to make you uncomfortable

**HelloKtty520 (3:57:21 PM):** ill be ok

**Silence Yet (3:57:26 PM):** It would just turn me on to watch you finger yourself for a few minutes. but you don't have to do anything you don't want to do

**HelloKtty520 (3:57:41 PM):** id want 2 make u smile

**HelloKtty520 (3:57:48 PM):** :-D

**Silence Yet (3:58:04 PM):** or maybe you could do it while you were giving me head

**HelloKtty520 (3:58:29 PM):** that is better cause i prolly wouldnt think bout it then

**Silence Yet (3:58:55 PM):** that turns me on *so bad* if a girl is fingering herself while she is sucking me. gawd.

**HelloKtty520 (3:59:03 PM):** really?

**HelloKtty520 (3:59:05 PM):** ok

**Silence Yet (3:59:26 PM):** yes

**HelloKtty520 (3:59:55 PM):** has a gurl done that 4 u b4

**Silence Yet (4:01:15 PM):** yeah, a long time ago

**HelloKtty520 (4:01:27 PM):** i gotta go

**HelloKtty520 (4:01:29 PM):** :-(

**Silence Yet (4:01:33 PM):** aww. did I make you mad?

**HelloKtty520 (4:01:36 PM):** no

**HelloKtty520 (4:01:38 PM):** :-)

**HelloKtty520 (4:01:41 PM):** why?

**Silence Yet (4:01:42 PM):** oh, ok good.

**Silence Yet (4:01:45 PM):** oh, just checking

**HelloKtty520 (4:01:51 PM):** just got hw to do

**Silence Yet (4:02:10 PM):** can't wait to talk to you again. I'll look for you online and hopefully you can call me for a few minutes soon

**HelloKtty520 (4:02:43 PM):** k, if i cant get on this weekind send me a email nd ill get on monday

**Silence Yet (4:02:54 PM):** ok, babe

**HelloKtty520 (4:02:56 PM):** bye :-)

**Silence Yet (4:03:01 PM):** bye!

14.     On January 18, 2005 SA Cecchini, while acting in an undercover capacity and through

using the AIM ID, "HELLOKTTY520", logged onto AIM Instant Messenger.  While online,

SA Cecchini was contacted via chat by an individual using the AIM screen name, "SILENCE

YET".   The following is  an excerpt the text taken from the conversation:

**Silence Yet (2:53:40 PM):** heya!
**HelloKtty520 (2:53:57 PM):** i got ur email
**Silence Yet (2:54:30 PM):** yay
**HelloKtty520 (2:54:31 PM):** :-)
**HelloKtty520 (2:54:55 PM):** so why were u up so late
**Silence Yet (2:55:18 PM):** I'm usually up pretty late, but was just up a bit later last night. was playing games
**HelloKtty520 (2:55:29 PM):** k
**HelloKtty520 (2:55:47 PM):** what r u doin now
**Silence Yet (2:56:14 PM):** um..hehe. I'm almost embarrassed to tell you
**HelloKtty520 (2:56:22 PM):** please
**HelloKtty520 (2:56:27 PM):** :-)
**Silence Yet (2:56:38 PM):** masturbating
**HelloKtty520 (2:56:53 PM):** right!
**HelloKtty520 (2:57:02 PM):** u mean it?

**Silence Yet (2:57:05 PM):** I really am
**HelloKtty520 (2:57:34 PM):** i can go if u want me to
**Silence Yet (2:57:50 PM):** why would I want you to go?
**Silence Yet (2:57:57 PM):** I was thinking about you anyway
**HelloKtty520 (2:58:00 PM):** sounds lke ur busy
**HelloKtty520 (2:58:05 PM):** ur silly
**HelloKtty520 (2:58:38 PM):** r u finished?

**Silence Yet (2:59:00 PM):** ha. no, I'll be done in a minute, though. I can still talk, it's no problem
**Silence Yet (2:59:19 PM):** I was doing it and thinking about what I wanted to do with you
**HelloKtty520 (2:59:28 PM):** like what?
**Silence Yet (3:01:00 PM):** how I wanted to kiss your lips, then your neck. then slide your shirt off, and kiss down your chest. then down your stomach. and then slide your pants off and kiss you on your legs, and work my way up to find you all shaved and smooth down there and start licking you and fingering you
**HelloKtty520 (3:01:24 PM):** :-)
**HelloKtty520 (3:01:46 PM):** i hope ur 4 real n not teasin me

**Silence Yet** (3:02:12 PM): until you orgasm, then I will lick it all up
**Silence Yet** (3:03:17 PM): then it would be your turn. I would slide my jeans off and pull my boxers down, and slide myself between your lips and you could suck on me
**HelloKtty520** (3:03:30 PM): :-D
**Silence Yet** (3:03:56 PM): then I'd cum in your mouth
**HelloKtty520** (3:04:13 PM): i never did that
**Silence Yet** (3:04:51 PM): well, you will with me. when I cum, it'll be in your mouth for you to swallow
**HelloKtty520** (3:05:06 PM): youd like that?

**Silence Yet** (3:05:11 PM): yes
**HelloKtty520** (3:05:22 PM): sounds yucky
**Silence Yet** (3:06:07 PM): no. you'll like it
**HelloKtty520** (3:06:12 PM): ur sure
**Silence Yet** (3:06:42 PM): every girl that's done that with me has said she's really liked mine
**HelloKtty520** (3:06:54 PM): how many girls?
**HelloKtty520** (3:07:48 PM): u there?
**Silence Yet** (3:08:10 PM): I don't know. I'm 30, so.. however many I've been with in the last 12 yrs or so
**Silence Yet** (3:08:23 PM): one girl I dated for 5yrs, though. so I was with one girl for a long time
**HelloKtty520** (3:08:49 PM): i just cant believe someone like u would be interested in me
**Silence Yet** (3:09:09 PM): well, you are really sweet
**HelloKtty520** (3:09:17 PM): i try
**HelloKtty520** (3:09:20 PM): :-)
**Silence Yet** (3:09:34 PM): mmm this feels good
**HelloKtty520** (3:09:41 PM): i just don't wnat u to dump me cause im 14
**HelloKtty520** (3:09:48 PM): and not know what to do
**Silence Yet** (3:10:50 PM): that's ridiculous. that would mean that the only reason I liked you was to use you for sex
**HelloKtty520** (3:11:19 PM): no, just cause i havent done too much , u knoe
**Silence Yet** (3:11:49 PM): I know, baby. don't worry. seriously
**HelloKtty520** (3:11:56 PM): so ur not teasin me
**Silence Yet** (3:12:23 PM): no. I really wanna get with you.

15.    On January 20, 2005 SA Cecchini, while acting in an undercover capacity and through

using the AIM ID, "HELLOKTTY520", logged onto AIM Instant Messenger.  While online,

SA Cecchini was contacted via chat by an individual using the AIM screen name, "SILENCE

YET". The following excerpt was taken from this AIM instant message conversation:

**Silence Yet** (3:19:20 PM): :-) well, I really like you
**HelloKtty520** (3:19:25 PM): me 2
**HelloKtty520** (3:20:13 PM): i hope that when this baby comes it will be more normal here
**Silence Yet** (3:20:33 PM): yeah. I hope it comes this week, cause you said you might be able to see me after the baby was born
**HelloKtty520** (3:20:45 PM): i want to
**HelloKtty520** (3:20:52 PM): how will we do it
**Silence Yet** (3:21:10 PM): you mean us meeting up?
**HelloKtty520** (3:21:14 PM): yep
**Silence Yet** (3:21:23 PM): I assume you'll be sneaking out at night
**HelloKtty520** (3:21:31 PM): or maybe after skool
**Silence Yet** (3:21:38 PM): that could work too
**HelloKtty520** (3:21:45 PM): probably easier
**Silence Yet** (3:21:57 PM): they wouldn't wonder where you were?
**HelloKtty520** (3:22:10 PM): i could say i was at a friends
**Silence Yet** (3:22:16 PM): cool
**HelloKtty520** (3:22:18 PM): not really a lie is it??
**Silence Yet** (3:22:23 PM): nope :)
**HelloKtty520** (3:22:39 PM): u could pick me up?
**Silence Yet** (3:22:47 PM): yes
**HelloKtty520** (3:22:50 PM): k
**Silence Yet** (3:23:03 PM): you just tell me when and where, and I'll be there
**HelloKtty520** (3:23:11 PM): u mean this 4 sure
**Silence Yet** (3:23:24 PM): yes
**HelloKtty520** (3:23:28 PM): after u get me where will we go
**Silence Yet** (3:24:01 PM): probably to a park or something. we can go eat if you want
**HelloKtty520** (3:24:15 PM): id be scared someone wuold see us
**Silence Yet** (3:24:23 PM): ok. a movie then
**HelloKtty520** (3:24:29 PM): same
**Silence Yet** (3:24:35 PM): if we went to the park, we'd prob stay in the car, though
**HelloKtty520** (3:24:43 PM): why?

**Silence Yet** (3:24:53 PM): no one would pay attention to us
**Silence Yet** (3:25:07 PM): plus, the car is warm and it's winter outside
**HelloKtty520** (3:25:16 PM): is that where u want to do stuff, in the car?
**Silence Yet** (3:26:14 PM): well, we can do it in the car. I wish you could've got out when my folks were gone. :(
**HelloKtty520** (3:26:22 PM): when is that
**Silence Yet** (3:26:36 PM): that was last weekend, remember. I wish you could've gotten out then
**HelloKtty520** (3:26:43 PM): sorry
**Silence Yet** (3:26:50 PM): it's ok, sweety

**HelloKtty520** (3:26:58 PM): have u done stuff in a car b4
**HelloKtty520** (3:27:03 PM): sounds hard
**Silence Yet** (3:27:07 PM): yeah, I've had sex in my car before
**HelloKtty520** (3:27:52 PM): what kind of car is it?
**Silence Yet** (3:28:03 PM): prob shouldn't have sex in the car in the daylight. you could suck me and I could finger you, cause we could stop that if anyone came by. but should prob wait til dark to have sex
**HelloKtty520** (3:28:29 PM): k, well it gets kinda dark early too
**Silence Yet** (3:28:31 PM): it's a 2000 cavalier. but you're small and it has a backseat. and you could be on top
**Silence Yet** (3:28:36 PM): yeah, it does get dark early
**HelloKtty520** (3:28:39 PM): kewl
**HelloKtty520** (3:29:06 PM): i cant believe sumone so sweet wants to be with me
**Silence Yet** (3:29:17 PM): of course I do
**HelloKtty520** (3:29:21 PM): ur sure
**Silence Yet** (3:29:31 PM): yes. I've wanted to meet you for a long time
**HelloKtty520** (3:29:38 PM): not just 4 sex
**Silence Yet** (3:30:20 PM): if I just wanted sex, I wouldn't go to so much trouble. it's easy to get sex, it's hard to get girls to actually like you
**HelloKtty520** (3:30:33 PM): u wnat both don't u?

**HelloKtty520** (3:30:35 PM): lol
**Silence Yet** (3:31:04 PM): well, I hope you end up liking me. I mean...if you just want sex, I guess that's ok, but it'd be nice if you liked me for other reasons besides just that
**HelloKtty520** (3:31:11 PM): i do
**HelloKtty520** (3:31:38 PM): i still am scared that u will dump me cause im 14
**Silence Yet** (3:31:58 PM): well, if I had a problem with you being young, I wouldn't be going after you in the first place
**HelloKtty520** (3:32:09 PM): ok, im convinced

## C.

## FOLLOW-UP INVESTIGATION

16.     An administrative subpoena was issued to AOL for subscriber information about the

AIM user who was utilizing the AIM screen name, "SILENCE YET". AOL reported that

the AIM user utilizing the screen name, "SILENCE YET", logged into AIM on January 19,

2005 from the IP address of 68.0.110.240. Through checking the above IP address in the

American Registry for Internet Numbers (ARIN), Sa Cecchini determined that this IP address was registered to COX Communications.   AOL also showed that the subscriber that was registered with the AIM ID, "SILENCE YET", also uses the YAHOO! ID FINLAYEN@YAHOO.COM.

17.   At that point, an administrative subpoena was issued to COX Communications to provide the identity of the subscriber using this IP address.  COX Communications reported that the account using the above IP address was owned by LYNN WILLIAMS, at an address of 402 S. 69th W. Ave, Tulsa, Oklahoma, within the Northern District of Oklahoma.

18.   Further, a check of the online profile for FINLAYEN@YAHOO.COM indicated that the profile belonged to a male named MICHAEL, with a nickname, "MILKE". The above YAHOO! ID also had links to other web sites, including MILKE-ONLINE.COM.   An online check through CHECKDOMAIN.COM revealed that MILKE-ONLINE.COM is registered to a MICHAEL WILLIAMS, (MILKE@MILKE.COM), with an address of 402 S. 69 W. Avenue, Tulsa, Oklahoma, within the Northern District of Oklahoma, and with a telephone number of (918) 810-3021.

19.   A subpoena was issued to SPRINT for subscriber information for the telephone number, (918) 810-3021.   The resulting information from SPRINT showed that the subscriber is registered as a MICHAEL WILLIAMS, with an address of 402 S. 69th W. Avenue, Tulsa, Oklahoma.

20.     United States Postal Inspector Rey Santiago advised that currently MICHAEL WILLIAMS does receive mail at the address of 402 South 69th West Avenue, Tulsa, Oklahoma.  Also, EARLA LYNN WILLIAMS, GUYMON WILLIAMS, and WARREN WILLIAMS receive mail at this location.

21.     Based on an email sent from MILKE@MILKE.COM to SA Cecchini, who was acting in an undercover capacity, SA Cecchini determined that the above email was sent from Internet Protocol (IP) address 68.0.110.240.   After checking the above IP address in the American Registry for Internet Numbers (ARIN), SA Cecchini determined that a subpoena should be sent to COX Communications.   Thereafter, SA Cecchini sent an administrative subpoena to COX Communications for the account that used the Internet Protocol (IP) address 68.0.110.240.  COX Communications reported that the account using the IP address 68.0.110.240 was owned by LYNN N. WILLIAMS, with an address of 402 South 69th West Avenue, Tulsa, Oklahoma.

22.     Cox Communications reported that LYNN WILLIAMS first began using COX Communications to access the Internet on August 5, 2002 via a cable modem,  her COX Communications account was still currently active, no other user names were associated with LYNN WILLIAM'S account and her account was Cable and High Speed Internet.

23.     The FBI has searched various records indices for information about **MICHAEL WILLIAMS**, and has determined that **MICHAEL DOUGLAS WILLIAM'S**  social security number is 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.  Further, his date of birth was determined to be August 26,

1974.  In fact, on January 24, 2005, during an online chat between SA Cecchni, while he was acting in his undercover capacity, and **MICHAEL DOUGLAS WILLIAMS**, **WILLIAMS** advised SA Cecchini that his date of birth was August 26, 1975.   Also, a search of Oklahoma driver's license records for **MICHAEL DOUGLAS WILLIAMS** indicated that he currently lives at the address of 402 South 69th West Avenue, Tulsa, Oklahoma, within the Northern District of Oklahoma.

24.   On January 21, 2005 Tulsa Police Department Detective Susan Ha, while acting in an undercover capacity, made an undercover telephone call to **MICHAEL DOUGLAS WILLIAMS** at (918) 810-3021.  During this call, **MICHAEL DOUGLAS WILLIAMS** and Detective Susan Ha discussed meeting each other to engage in sexual activity for which **WILLIAMS** could be charged with a criminal offense.   **MICHAEL DOUGLAS WILLIAMS** and Detective Susan Ha agreed to meet each other on Friday January 28, 2005 to engage in sexual activity for which **WILLIAMS** could be charged with a criminal offense.

25.   On January 27, 2005 SA Cecchini, while acting in an undercover capacity, received an email from MILKE@MILKE.COM.  This email stated the following:

hey, babe. 2 more days. don't forget to call me Friday after class.

26.   On January 28, 2005, **MICHAEL DOUGLAS WILLIAMS** drove to a location in Tulsa, Oklahoma, within the Northern District of Oklahoma, that he had agreed via a telephone call with TPD officer Susan Ha, who at the time was acting in his undercover capacity as a 14 year-old female.  This call occurred on January 28, 2005 at approximately

2:20 p.m..   When **MICHAEL DOUGLAS WILLIAMS** arrived at the above-referenced

destination, he was arrested by SA Cecchini at approximately 3:00 p.m..   After his arrest,

**MICHAEL DOUGLAS WILLIAMS** was read and waived his Miranda rights, and agreed

to speak with officers.     **MICHAEL DOUGLAS WILLIAMS** admitted that he had

communicated with who he thought was a fourteen (14) year-old female by computer and

had driven to the above-referenced location to meet with her.

## IV.
## CONCLUSION

27.     On the basis of the above-described facts, your Affiant respectfully submits that there

is probable cause to believe that **MICHAEL DOUGLAS WILLIAMS** did use an interstate

facility to knowingly persuade, induce, entice, coerce or to knowingly attempt to persuade,

induce, entice or coerce, a minor to engage in prohibited sexual activity, in violation of Title

18, United States Code, Sections 2422(b).

Further, affiant sayeth not.

Joseph M. Cecchini
Special Agent
Federal Bureau of Investigation


SUBSCRIBED TO AND SWORN TO BEFORE ME THIS 31ST DAY OF JANUARY,
2005.

PAUL J. CLEARY
United States Magistrate Judge
Northern District of Oklahoma